

PAUL MANNES
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

| In Re: | Case No. 07-11470PM |
|---|---|
| **Renee Imeh Okon,** | Chapter 13 |
| Debtor. | |

### ORDER GRANTING, IN PART, MOTION FOR ALLOWANCE OF AN ADMINISTRATIVE EXPENSES AND OVERRULING RENEE IMEH OKON'S OBJECTION TO PROOF OF CLAIMS NOS. 5 AND 6

Upon consideration of the Debtor Renee Imeh Okon's Objection to Proof of Claims Nos. 5 and 6 filed by Joseph E. Godbout, Jeanne L. Godbout, Robert A. Medbery and Virginia S. Medbery trading as Ramjeg Real Estate ("the Respondents"), the Response thereto, as well as the Respondents' Motion for Allowance of an Administrative Claim, after a hearing held on September 25, 2007, and for the reasons set forth in the accompanying Memorandum of Decision, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED that Claim No. 5 is ALLOWED in the recalculated amount of $18,173.35; it is further

ORDERED that the Motion for Allowance of an Administrative Expense of the amount allowed in Claim No. 5 is GRANTED, in part; and it is further,

ORDERED that Claim No. 6 is ALLOWED in the recalculated amount of $32,470.13 as to the Respondents' pre-petition unsecured claim and in recalculated amount of $10,093.99 as to the Respondents' claim under 11 U.S.C. § 502(b)(6).

cc: Renee Imeh Okon
8903 Georgia Avenue
Silver Spring, MD 20910

Joseph E. Godbout, Jeanne L. Godbout, Robert A. Medbery and Virginia S. Medbery trading as Ramjeg Real Estate
1112 Wayne Avenue
Silver Spring, MD 20910

Alan S. Kerxton
25 W. Middle Ln.
Rockville, MD 20850

**End of Order**